FASULO GIORDANO & DI MAGGIO, LLP
ATTORNEYS AT LAW

Louis V. Fasulo, Esq. - NY & NJ
Michael E. Giordano, Esq. – NY & NJ
Charles DiMaggio, Esq. – NY

www.fgdmlaw.com

October 6, 2026

Honorable Ronnie Abrams
United States District Court for the
Southern District of New York
40 Foley Square
New York, New York 10007

Application granted. The VOSR is adjourned to October 15, 2026 at 11:30 a.m.

SO ORDERED.

Ronnie Abrams, U.S.D.J.
October 8, 2026

***Re: United States v. Jonathan Ferrell***
***Case No.: 17 Cr. 142 (RA)***

Dear Judge Abrams,

I was previously assigned to represent Jonathan Ferrell. We were notified that a violation of supervised release hearing has been scheduled for Friday, October 9, at which time I will be out of town on a previously scheduled trip. As a result, I respectfully a brief adjournment to Tuesday, October 13 or the afternoon of Thursday, October 15 (preferably on or after 3pm as I have another matter before Judge Gardephe at 2pm).

I thank the Court for its consideration.

Respectfully submitted,

s/Louis V. Fasulo
Louis V. Fasulo, Esq.
Fasulo Giordano & DiMaggio, LLP.
225 Broadway, Suite 715
New York, New York 10007
Tel: (212) 566 6213

Cc: All Counsel